# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KATHLYN CAROL BELLAU,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:21-cv-672** |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BIG LOTS STORES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S INDEX OF MATTERS BEING FILED

Defendant Big Lots, Inc. files this Index of Matters Being Filed pursuant to Local Rule 81 of the Northern District of Texas, as follows:

(1)   All Executed Process:

- Civil Process Request Form for Big Lots, Inc.
- Citation and Affidavit of Service

(2)   All State Court Pleadings:

- Plaintiff's Original Petition filed April 14, 2021
- Plaintiff's First Amended Petition filed April 26, 2021
- Defendant's Original Answer filed May 13, 2021

(3)   State Court Case Summary

(4)   List of all Counsel of Record

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 21, 2021 the foregoing was electronically filed, as required by the United States District Court for the Northern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Northern District of Texas:

ROBERT HASLAM
State Bar No. 09201900
The Haslam Firm
555 South Summit Avenue
Fort Worth, Texas 76104
817-332-3115 Telephone
817-332-3148 Facsimile
robert@hg555.com
carrie@hg555.com
*Counsel for Plaintiff*

☐   E-MAIL
☐   HAND DELIVERY
☐   FACSIMILE
☐   OVERNIGHT MAIL
☐   REGULAR, FIRST CLASS MAIL
☐   E-SERVICE (E-SERVICE ONLY)
☒   E-FILE (E-FILE AND SERVICE)
☐   CERTIFIED MAIL/RETURN RECEIPT
REQUESTED

*/s/ Zach T. Mayer*
Zach T. Mayer